**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE RUDDER, | CASE NO. CV 10-08498-GW(SSx) |
| Plaintiff, | Assigned to Honorable George H. Wu, Judge presiding |
| v. | |
| MARMALADE CAFÉ – TUSTIN, THE DBA FOR MARMALADE LLC; MARMALADE HOLDINGS, INC; VESTAR DEVELOPMENT COMPANY; KIMCO REALTY CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE, | **ORDER ON CONSENT DECREE FOR SETTLEMENT OF ALL OF PLAINTIFF'S CLAIMS FOR INJUNCTIVE AND MONETARY RELIEF** |
| | [Filed concurrently with the Consent Degree for Settlement of Injunctive and Monetary Relief] |
| Defendants. | Trial Date: Not Set |

## **ORDER ON CONSENT DECREE**

Pursuant to the Stipulation of the Parties, and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated Consent Decree for Settlement of Plaintiff's Complaint is ORDERED and shall be binding on Plaintiff CHRISTIE RUDDER and Defendants MARMALADE CAFÉ – TUSTIN, the dba for MARMALADE LLC; MARMALADE HOLDINGS, INC.; VESTAR DEVELOPMENT COMPANY; KIMCO REALTY CORPORATION and any successors in interest.

---
[PROPOSED] ORDER ON CONSENT DECREE FOR SETTLEMENT OF ALL OF PLAINTIFF'S CLAIMS FOR INJUNCTIVE AND MONETARY RELIEF
Case No.: 2:10-CV-08498 GW (SSx)    1

2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order until Defendants comply with all of the terms of this Agreement.

**IT IS SO ORDERED.**

Dated: June 8, 2011

_____
Honorable George H. Wu
United States District Judge